1  Peter J. Kennedy (SBN 166606)
   pkennedy@reedsmith.com
2  Natasha Sung (SBN 228633)
   nsung@reedsmith.com
3  REED SMITH LLP
   355 S. Grand Avenue, Suite 2900
4  Los Angeles, CA 90071
   Telephone: 213.457.8000
5  Facsimile:  213.457.8080

6  Attorneys for Defendant
   WACHOVIA DEALER SERVICES,
7  formerly known as WFS FINANCIAL
   INC.
8

FILED
CLERK U S DISTRICT COURT
JUL 1 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GERALD E. MANNHEIM<br><br>Plaintiff,<br><br>vs.<br><br>WFS FINANCIAL, a business entity, WACHOVIA DEALER SERVICES, a business entity, EXPERIAN, a business entity, TRANS UNION, a business entity, EQUIFAX, a business entity, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: CV 07-03991 SVW (CTx)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE**<br><br>Honorable Stephen V. Wilson |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCKETED ON CM
JUL 1 3 2007
BY                022

IT IS HEREBY STIPULATED by and between plaintiff Gerald E. Mannheim ("Plaintiff") and defendant Wachovia Dealer Services ("WFS"), formerly known as WFS Financial Inc., through their undersigned counsel, that the Complaint and all claims that are or could have been asserted therein by Plaintiff against WFS shall be dismissed in their entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorney fees.

DATED: July __, 2007

GERALD E. MANNHEIM

By_____
Gerald E. Mannheim
Plaintiff in Pro Per

DATED: July 10, 2007

REED SMITH LLP

By_____
Peter J. Kennedy
Attorneys for Defendant
Wachovia Dealer Services,
formerly known as WFS Financial Inc.

**IT IS SO ORDERED.**

DATED: 7/12/07

By_____
Honorable Stephen V. Wilson
United States District Judge

DOCSLA-15597371 1-NSUNG

- 1 -
Stipulation and [Proposed] Order re Dismissal with Prejudice

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On July 11, 2007, I served the following document(s) by the method indicated below:

## STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE

☒ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

| Gerald E. Mannheim<br>29608 Woodbrook Drive<br>Post Office Box 550<br>Agoura Hills, CA 91376-0550 | **Plaintiff – In Pro Per**<br>Tele: 818.991.1100<br>Fax: 818.991.6667 |
|---|---|
| Angela M. Taylor, Esq.<br>Jones Day<br>3 Park Plaza, Suite 1100<br>Irvine, CA 92614 | **Attorneys for Defendant Experian Information Solutions, Inc.** |
| Thomas P. Quinn, Jr., Esq.<br>Nokes & Quinn, APC<br>450 Ocean Avenue<br>Laguna Beach, CA 92651 | **Attorneys for Defendant Equifax** |

– 1 –

| Donald E. Bradley, Esq.<br>Musick Peeler & Garrett LLP<br>650 Towne Center Drive, Suite 1200<br>Costa Mesa, CA 92626 | **Attorneys for Defendant Trans Union LLC** |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 11, 2007, at Los Angeles, California.

_____
Bobbie Schilder

DOCSLA-15594846 1

DOCSLA-15594846 1